UNITED STATES of America,
Plaintiff–Appellee

v.

CHU H. YOO, Defendant–Appellant.

No. 09–10714
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 26, 2010.

Nancy E. Larson, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Fort Worth, TX, for Plaintiff–Appellee.

John W. Stickels, Esq., Stickels & Associates, P.C., Arlington, TX, for Defendant–Appellant.

Chu H. Yoo, FMC Lexington, Lexington, KY, pro se.

Before SMITH, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM.*

The attorney appointed to represent Chu H. Yoo has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Yoo has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

